

# Fourth Court of Appeals
## San Antonio, Texas

October 10, 2016

No. 04-16-00520-CV

Alexander **MOLINA** and Laura Molina,
Appellants

v.

**STONEGATE MORTGAGE CORPORATION**,
Appellee

From the County Court at Law No. 3, Bexar County, Texas
Trial Court No. 2016CV03741
Honorable Jason Wolff, Judge Presiding

# O R D E R

On October 4, 2016, appellee filed its "Motion to Dismiss Appeal as Moot." The court requests that appellants file a response on or before October 25, 2016.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 10th day of October, 2016.

_____
Keith E. Hottle
Clerk of Court